| | |
|---|---|
| 1  PETER C. ANDERSON<br>   UNITED STATES TRUSTEE<br>2  ABRAM S. FEUERSTEIN, State Bar No. 133775<br>   ASSISTANT UNITED STATES TRUSTEE<br>3  NOREEN A. MADOYAN, State Bar No. 279227<br>   TRIAL ATTORNEY<br>4  OFFICE OF THE UNITED STATES TRUSTEE<br>   915 Wilshire Boulevard, Ste 1850<br>5  Los Angeles, California 90017<br>   (202) 934-4064 telephone<br>6  (213) 894-2603 facsimile<br>   Email: Noreen.Madoyan@usdoj.gov | **FILED & ENTERED**<br><br>**MAR 15 2024**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell   DEPUTY CLERK |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GLOBAL GROUP PROPERTIES, INC.,<br>A California Corporation.<br><br>            Debtor. | Case No.: 2:24-bk-10855-DS<br><br>Chapter 11<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE**<br><br>Hearing:<br>Date:   March 14, 2024<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639 (via ZoomGov)<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

A hearing was held at the above time and place on the "Motion Under 11 U.S.C. § 1112(b) to Dismiss, Convert, or Direct the Appointment of a Chapter 11 Trustee" (the "Motion," Docket No. 12). Appearances were noted on the record. Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record,

/ / /

1    IT IS HEREBY ORDERED that the Motion is granted.  This case is dismissed with a 180-
2 day bar to refiling.

### 

Date: March 15, 2024

Deborah J. Saltzman
United States Bankruptcy Judge